UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY CHAMBERS,

    Plaintiff,

v.

Case No. 1:21-cv-842

Hon. Hala Y. Jarbou

PEOPLE OF THE STATE OF
MICHIGAN, et al.,

    Defendants.
_____/

### ORDER

On October 5, 2021, Magistrate Judge Sally J. Berens issued a Report and Recommendation (R&R) recommending that Plaintiff's *Heck*-barred claims be dismissed without prejudice and that his claims against the State of Michigan and the City of Holland be dismissed with prejudice (ECF No. 6). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on October 19, 2021. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 6) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's *Heck*-barred claims are **DISMISSED without prejudice** and his claims against the State of Michigan and the City of Holland are **DISMISSED with prejudice** for the reasons stated in the R&R.

**IT IS FURTHER ORDERED** that the Court **CERTIFIES** that an appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

A judgment will issue in accordance with this order.

Date:    November 24, 2021             /s/ Hala Y. Jarbou
                                                                 HALA Y. JARBOU
                                                                 UNITED STATES DISTRICT JUDGE